■ TONYA BRIGGS-DANIELS, Appellant, v RICHARD A. MILLER et al., Respondents. [937 NYS2d 920]

All concur except Gorski, J., who is not participating. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.